UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCELIO JOSEPH REYBOL,<br><br>    Plaintiff,<br><br>    v.<br><br>OCTAPHARMA PLASMA,<br><br>    Defendant. | Case No. 23-cv-05924-AMO<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

On November 16, 2023, pro se plaintiff Arcelio Joseph Reybol filed a complaint, ECF 1, along with an application to proceed in forma pauperis ("IFP"), ECF 2. On November 20, 2023, the Court denied the application and directed Reybol to submit a revised application or pay the filing fee by no later than December 15, 2023. To date, Reybol has not submitted a revised application or paid the filing fee. Accordingly, this action is DISMISSED WITHOUT PREJUDCE to Reybol filing a request to reopen. Any such request must be accompanied by payment of the filing fee or a properly completed IFP application. The Clerk shall close the file in this matter.

**IT IS SO ORDERED.**

Dated:   January 12, 2024

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**